**DODDER v. YATES CONSTRUCTION CO.**

[345 N.C. 628 (1997)]

DANIEL G. DODDER AND JO ANN DODDER v. YATES CONSTRUCTION COMPANY, INC.

No. 299PA96

(Filed 7 March 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 122 N.C. App. 577, 475 S.E.2d 257 (1996), affirming an order entered 15 March 1995 by Bridges, J., in Superior Court, Forsyth County. Heard in the Supreme Court 13 December 1996.

*Womble Carlyle Sandridge & Rice, P.L.L.C., by Gusti W. Frankel; and Lynda S. Abramovitz, Assistant City Attorney, for appellee City of Winston-Salem.*

*Bennett & Blancato, LLP, by Richard V. Bennett and William A. Blancato, for defendant-appellant.*

PER CURIAM.

AFFIRMED.